# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2492

_____

United States of America,           *
                                    *
                Appellee,           *
                                    *   Appeal from the United States
        v.                          *   District Court for the Western
                                    *   District of Arkansas.
Rory Allen Gregory,                 *        [UNPUBLISHED]
                                    *
                Appellant.          *

_____

Submitted: June 14, 2007
Filed: June 19, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Federal inmate Rory Gregory appeals the district court's[1] denial of his petition for a writ of audita querela. Following careful review, we find that the petition was properly dismissed based on Brown v. United States, 311 F.3d 875, 878 (8th Cir. 2002). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.